*E-FILED - 6/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN LEON PADIN,<br><br>    Petitioner,<br><br>  vs.<br><br>A. A. LEMARQUE, Warden,<br><br>    Respondent. | No. C 99-21172 RMW (PR)<br><br>ORDER GRANTING MOTION FOR CERTIFICATE OF APPEALABILITY<br><br><br><br>(Docket No. 33) |

Petitioner has filed a notice of appeal and a request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

Petitioner's request for a certificate of appealability (Docket No. 33) is GRANTED.  Petitioner has demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The clerk shall forward to the Court of Appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

DATED: 6/6/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for COA
P:\PRO-SE\SJ.Rmw\HC.99\Padin172.grant-coa.wpd